519 F.2d 1375
 HIGH VOLTAGE ENGINEERING CORPORATION, Plaintiff-Appellant,
v.
POTENTIALS, INC., Defendant-Appellee.
 No. 74-2367
 United States Court of Appeals, Fifth Circuit.
 Aug. 27, 1975.
 
 H. Lee Godfrey, Austin, Tex., Henry C. Nields, Boston, Mass., for plaintiff-appellant.
 James H. Keahey, Austin, Tex., for defendant-appellee.
 Appeal from the United States District Court for the Western District of Texas, Jack Roberts, Judge.
 Before TUTTLE, GODBOLD and MORGAN, Circuit Judges.
 PER CURIAM:
 
 
 1
 Affirmed on the opinion of the District Court, 398 F.Supp. 18 (W.D.Tex.1974).